Alonzo WILSON and Osborne L. Wilson, Appellants,

v.

J. O. GRIDER and Otis Haggard, Appellees.

Court of Appeals of Kentucky.

Oct. 7, 1960.

H. K. Spear, Lawrence S. Hail, Somerset, for appellants.

John W. Murphy, Jr., Liberty, for appellees.

PER CURIAM.

On motion for an appeal from a judgment on the pleadings, depositions and exhibits, the motion is overruled and the judgment is affirmed.

MONTGOMERY, J., not sitting.